# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| H.C., : | |
| : | |
| Plaintiff, : | Case No. 2:22-cv-03416-ALM-EPD |
| : | |
| v. : | Judge Algenon L. Marbley |
| : | |
| RED ROOF INNS, INC., *et al.*, : | Magistrate Judge Elizabeth P. Deavers |
| : | |
| Defendants. : | |

## ORDER

This matter comes before this Court on Plaintiff's Unopposed Motion to Stay Proceedings. (ECF No. 64). Since that motion was filed, counsel for Plaintiff filed a notice of death pursuant to Federal Rule of Civil Procedure 25(a), informing this Court that Plaintiff H.C. passed away on April 28, 2025. (ECF No. 71). Counsel intends to file a motion to substitute H.C.'s mother in this action within 90 days. (*Id.* at 1). Accordingly, Plaintiff's Unopposed Motion to Stay Proceedings (ECF No. 64) is hereby **TERMINATED AS MOOT**. This Court extends its sincere condolences to Plaintiff's family.

  **IT IS SO ORDERED.**

DATED: August 21, 2025

                                    
                    **ALGENON L. MARBLEY**
                    **UNITED STATES DISTRICT JUDGE**