**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **H.C., an individual,** | : | |
| | : | **Case No. 2:22-cv-03416** |
| **Plaintiff,** | : | |
| | : | **Judge Algenon L. Marbley** |
| **v.** | : | |
| | : | **Magistrate Judge Kimberly A. Jolson** |
| **RED ROOF INNS, INC., *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

This matter comes before this Court on an unopposed Amended Motion for Substitution of Party and Request for Relief (ECF No. 88). The motion seeks to substitute Patricia D. Tobin, surviving parent of Decedent-Plaintiff, H.C., as successor in interest in this action.

On January 12, 2026, Plaintiff's counsel filed the first Motion for Substitution of Party (ECF No. 78). After holding a telephonic status conference on the issue of substitution (*see* ECF No. 83), this Court denied the first Motion for Substitution without prejudice and ordered counsel for Plaintiff to refile any renewed Motion to Substitute by March 13, 2026, addressing the legal and factual grounds for substitution, including the outcome of the Oakland County Probate Court hearing and whether the Motion to Substitute is timely. (ECF No. 84). On March 23, Plaintiff's counsel filed the instant Amended Motion for Substitution, addressing those issues as instructed. (ECF No. 88).

Upon consideration of the motion, the Court concludes that good cause is shown to substitute Ms. Tobin as plaintiff's successor in the above-captioned matter. Any delay in filing a motion to substitute was excusable neglect. *See, e.g.*, *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 381 (1993); *Lizarazo v. Miami-Dade Corr. & Rehab. Dep't*, 878 F.3d

1008, 1011 (11th Cir. 2017). Defendants do not oppose the substitution request. Foor good cause shown, the Motion for Substitution (ECF No.88) is therefore **GRANTED**. Patricia D. Tobin, surviving parent of Decedent-Plaintiff, H.C., is allowed to proceed as successor in interest in this action.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: November 13, 2026**